**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL LEE PICCOLOTTI, | Case No. 1:26-cv-02522-SKO |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN DISTRICT JUDGE |
| v. | FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* BE DENIED |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (Doc. 2) |
| | **FOURTEEN (14) DAY DEADLINE** |

On April 2, 2026, Plaintiff Michael Lee Piccolotti, through counsel, filed this action seeking judicial review of a final decision of the Commissioner of the Social Security Administration. (Doc. 1.)  Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Doc. 2.)

According to Plaintiff's application, he receives Veterans Administration (VA) disability benefits in the amount of $4,330 per month.  (Doc. 2 at 2.)  This amounts to an annual income of $51,960 ($4,330 x 12 months).  Plaintiff states that he has two dependent children.  (*Id.*)

"To satisfy the requirements of 28 U.S.C. § 1915, applicants must demonstrate that because of poverty, they cannot meet court costs and still provide themselves, and any dependents, with the necessities of life."  *Soldani v. Comm'r of Soc. Sec.*, No. 1:19-cv-00040, 2019 WL 2160380, at *1

1

(E.D. Cal. Jan. 31, 2019).  Many courts look to the federal poverty guidelines set by the United States Department of Health and Human Services as a guidepost in evaluating *in forma pauperis* applications.  *See Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 n.5 (11th Cir. 2004); *Boulas v. United States Postal Serv.*, No. 1:18-cv-01163- LJO-BAM, 2018 WL 6615075, at *1 (E.D. Cal. Nov. 1, 2018) (applying federal poverty guidelines to *in forma pauperis* application). For a family or household of three, the 2026 poverty guideline is $27,320.  *See U.S. Federal Poverty Guidelines Used to Determine Financial Eligibility for Certain Federal Programs*, available at https://aspe.hhs.gov/topics/poverty-economic-mobility/poverty-guidelines (last visited April 6, 2026).

Having considered Plaintiff's application, the Court finds that he has not made the showing required by section 1915 that he is unable to pay the required fees for this action.  Plaintiff has attested to household income that exceeds the federal poverty guidelines (Doc. 2).  *See Hawes v. Stephens*, 964 F.3d 412, 417 (5th Cir. 2020) (holding VA disability compensation can be considered income when evaluating an *in forma pauperis* motion).  Accordingly, there is no indication that Plaintiff is unable to pay the filing fee while also providing for the necessities of life.

For the foregoing reasons, it is HEREBY RECOMMENDED that:

1.  Plaintiff's application to proceed without prepayment of fees and costs (Doc. 2) be DENIED; and

2.  Plaintiff be required to pay the $405 filing fee in full to proceed with this action.

The Clerk of Court is HEREBY DIRECTED to assign randomly a District Judge to this action.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these findings and recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  **Objections, if any, shall not exceed fifteen (15) pages or include exhibits. Exhibits may be referenced by document and page number if already in the record before the Court.  Any pages filed in excess of the 15-page limit may not be considered.**

The parties are advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:    **April 5, 2026**                    /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE