**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL LEE PICCOLOTTI, | No. 1:26-cv-02522 JLT SKO |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING MOTION |
| v. | TO PROCEED *IN FORMA PAUPERIS* AND REQUIRING PLAINTIFF TO PAY FILING |
| COMMISSIONER OF SOCIAL SECURITY, | FEE IN FULL WITHIN TWENTY-ONE DAYS |
| Defendant. | (Docs. 2 & 4) |

On April 2, 2026, Michael Lee Piccolotti filed this action seeking judicial review of a final decision of the Commissioner of the Social Security Administration. (Doc. 1.) Plaintiff did not pay the filing fee and instead filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2.)

On April 6, 2026, the assigned magistrate judge entered findings and recommendations, recommending that Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) be denied because he "has not made the showing required by section 1915 that he is unable to pay the required fees for this action," and that Plaintiff be ordered to pay the $405.00 initial filing fee in full to proceed with this action. (Doc. 4 at 2.)

The Court served the findings and recommendations on Plaintiff, notified him that objections were due within 14 days, and warned that failure to timely file objections may result in

1

the waiver of certain rights on appeal. (*Id*. at 4, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  Plaintiff has not filed objections or otherwise responded to the findings and recommendations and the deadline to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.  As the magistrate judge found, Plaintiff's income is sufficient for him to pay the filing fee and still afford necessities for himself and his dependents.  *See Martinez v. Kristi Kleaners, Inc*., 364 F.3d 1305, 1307 (11th Cir. 2004) (a litigant shows indigency when "unable to pay for the court fees and costs, and to provide necessities for himself and his dependents"). Accordingly,

1.    The findings and recommendations issued on April 6, 2026 (Doc. 4), are **ADOPTED IN FULL**.

2.    Plaintiff's motion to proceed *in forma pauperis* in this action (Doc. 2) is **DENIED**.

3.    Plaintiff **SHALL** pay the $405.00 filing fee in full **within 21 days** of the date of service to proceed with this action.
**Failure to pay the filing fee as ordered will result in the Court dismissing the action without prejudice.**

IT IS SO ORDERED.

Dated:   **April 25, 2026**

UNITED STATES DISTRICT JUDGE

2